UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 414-423 |
| MAHALIA T. MARTIN ) | |
| ) | |
| Defendant ) | |

## ORDER OF DISMISSAL

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant MAHALIA T. MARTIN without prejudice.

SO ORDERED, this 23rd day of February, 2016.

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA